IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30010 |
| | ) | |
| JEFFREY DURBIN, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on the Government's Motion for an Order of Forfeiture (d/e 83).  For the reasons set forth below, the Motion is allowed.

On April 13, 2005, the Defendant entered into a Plea Agreement (d/e 34) with the United States in which the Defendant consented to the entry of a money judgment of forfeiture against him in an amount no more than $100,000.00, that being the amount of proceeds derived from the offenses of Conspiracy to Manufacture and Conspiracy to Deliver a Controlled Substance - Methamphetamine, for which the Defendant has been convicted.  On March 13, 2006, this Court ordered a forfeiture judgment

1

of no more than $100,000.00 against the Defendant and in favor of the United States as part of the Judgment in a Criminal Case (d/e 66).

The United States has filed a Motion for Entry of Final Order of Forfeiture, seeking a personal money judgment against Defendant Durbin in the amount of $5,000.00.  Durbin has not filed an objection to the Government's Motion.  Federal Rule of Criminal Procedure 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

THEREFORE, for the reasons set forth above, the Government's Motion for an Order of Forfeiture (d/e 83) is ALLOWED.  A personal money judgment in the amount of $5,000.00 is hereby entered against Defendant Jeffrey L. Durbin and said sum is forfeited to the United States pursuant to Title 21, United States Code § 853.  The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.  The Court notes that, under Federal Rule Criminal Procedure 32.2(e), the United States may, at any time, move to amend this Order of Forfeiture to substitute property having a value not to exceed $5,000.00 to satisfy the money judgment in whole or in part.

IT IS THEREFORE SO ORDERED.

ENTER:   July 6, 2006.

FOR THE COURT:

                                              s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE